# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| J & J Sports Productions, Inc., *Plaintiff* | |
| v. | Civil Action No. 3:17-02939-JMC |
| Christopher V. Lawson, *doing business as*, The Lake House at Lake Carolina, *Defendants* | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

■ the plaintiff, J&J Sports Productions, Inc., recover from the defendant, Christopher V. Lawson, *doing business as*, The Lake House at Lake Carolina, the amount of Thirty-Two Thousand, One Hundred Fifteen and 00/100 ($32,115.00) Dollars in damages, attorney's fees, and costs. Post Judgment interest shall run at a rate of 2.32 %.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

❐ other:

This action was *(check one)*:

❐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge presiding. The court having granted the plaintiff's motion for default judgment.

Date: May 21, 2019

*CLERK OF COURT*

s/Angie Snipes

*Signature of Clerk or Deputy Clerk*